UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wayne Lewis

Case Number:     18-21371-MBK

Hearing Date:     n/a

Judge:     MBKaplan

Chapter:     7

Recommended Local Form:     ☑ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 27, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒  Granted.  The deadline to file schedules is extended to _____July 3, 2018_____.

☐  Denied.

*rev.8/1/15*